# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Priority ____
Send ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

### NOTICE OF DOCUMENT DISCREPANCIES

To: ☐ U.S. District Judge / ☐ U.S. Magistrate Judge  *Klausner*

From: *T. Bica*, Deputy Clerk    Date Received: 6/9/06

Case No.: *CV06-2288 RGK*    Case Title: *Guzar v. (company recovery)*

Document Entitled: *Proof of Service of Summons and Complaint.*

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, address, phone and facsimile numbers
☑ Local Rule 11-4.1    No copy provided for judge
☐ Local Rule 19-1    Complaint/Petition includes more than ten (10) Does or fictitiously named parties
☐ Local Rule 15-1    Proposed amended pleading not under separate cover
☐ Local Rule 11-6    Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8    Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1    No Certification of Interested Parties and/or no copies
☐ Local Rule 6.1    Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1    Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2    Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6    Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)    No proof of service attached to document(s)
☑ Other: *not proved*

Note: Please refer to the court's Internet website at www.cacd.uscourts.gov for local rules and applicable forms.

*No Judge or Magistrate Judges initials affixed does not both*

### ORDER OF THE JUDGE/MAGISTRATE JUDGE

IT IS HEREBY ORDERED:

☐ The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____    _____
Date    U.S. District Judge / U.S. Magistrate Judge

☑ The document is NOT to be filed, but instead REJECTED, and is ORDERED returned to *counsel. *Counsel shall immediately notify, in writing, all parties previously served with the attached documents that said documents have not been filed with the Court.

*06.13.06*
Date    U.S. District Judge / U.S. Magistrate Judge

*The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

CV-104A (12/03)    NOTICE OF DOCUMENT DISCREPANCIES    U.S. GPO. 2005-785-501/39155